125 Ill. App.2d 297 (1970)
260 N.E.2d 487
People of the State of Illinois, Plaintiff-Appellee,
v.
Kenneth Wick, Defendant-Appellant.
Gen. No. 69-177.
Illinois Appellate Court  Second District.
July 2, 1970.
Rehearing denied August 7, 1970.
William G. Rosing, of Waukegan, for appellant.
Jack Hoogasian, State's Attorney of Lake County, of Waukegan, and Kenneth M. Clark, of Waukegan, for appellee.
(Abstract of Decision.)
Opinion by JUSTICE ABRAHAMSON.
Affirmed.
Not to be published in full.